UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
11/29/2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALYSSA VERONIQUE LOPEZ,

        Defendant.

Case No.  2:21-cr-00204 JAM

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release ALYSSA VERONIQUE LOPEZ - Case No. 2:21-cr-00204 JAM; Charge 18 U.S.C. § 3606 - from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $

    ____ Unsecured Appearance Bond $

    ____ Appearance Bond with 10% Deposit

    _X_ Other: Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on 11/29/2022 at 10:00 AM.

_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE